## JOHNS *vs.* THE STATE OF GEORGIA.

The act of 1879 (page 132) regulating practice in the county courts applied as well to courts having criminal jurisdiction only as to those which combined civil and criminal jurisdiction. Hence, since its passage, indictment may be demanded by a defendant in a criminal case in any county court.

CRAWFORD, Justice.

## FERST & CO. *vs.* LARKIN.

A debtor delivered to a creditor notes falling due respectively in one, two, three and four years after date, and to secure them in part gave to the creditor a lease of certain land for ninety-nine years, taking in return a bond to retransfer the leasehold to her, provided that she should within four years pay to the creditor a specified amount :

*Held,* that a failure to pay one of the notes would not give the creditor the right to bring ejectment ; such right would not accrue until the lapse of four years with failure to pay.

SPEER, Justice.

## THE GEORGIA RAILROAD *vs.* BEATIE *et al.*

1. The legal principles involved in this case were settled by the decision therein at the February term, 1881, of this court.
2. Mere exceptions for delay only not being made to appear from this record, damages for frivolous exceptions are denied.

SPEER, Justice.